# UNITED STATES DISTRICT COURT
## Southern District of New York

| | |
|---|---|
| RICHARD HART, AND MARIE LOUISE TRUDEL-HART<br>*Plaintiff*<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AND SEKISUI AMERICA CORPORATION.<br>*Defendant* | 12 CV 3560<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    U.S. BANK NATIONAL ASSOCIATION
    425 WALNUT STREET
    CINCINNATI, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    THE LAW OFFICES OF ERIC J GRANNIS
    ONE PENN PLAZA, 36TH FLOOR
    NEW YORK, NY 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: MAY 0 4 2012

*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD HART, AND
MARIE LOUISE TRUDEL-HART

        Plaintiffs,                                  Civil Action No. 12 CV 3560.

        -against-                                  AFFIDAVIT OF SERVICE

U.S. BANK NATIONAL ASSOCIATION AND
SEKISUI AMERICA CORPORATION

        Defendants.
------------------------------------------------------------X
STATE OF OHIO        )
        S.S.:
COUNTY OF HAMILTON)

        JACK R. LATHAM, JR., being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 10th day of MAY 2012, at approximately the time of 1:45 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT upon U.S. BANK NATIONAL ASSOCIATION at 425 WALNUT STREET, CINCINNATI, OHIO by personally delivering and leaving the same with NICOLE WYLIE who informed deponent that she holds the position of Banker with that company and is authorized by appointment to receive service at that address.

        Nicole Wylie is a white female, approximately 27 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 155 pounds with blonde hair.

*[signature]*

JACK R. LATHAM, JR.

Sworn to before me this
14 day of MAY 2012

*[signature: Celine M. Estill]*

NOTARY PUBLIC



CELINE M. ESTILL
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Clermont County
My Comm. Exp. 7/11/15

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com