Scheindlin J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

RICHARD HART and MARIE LOUISE TRUDEL-HART,

                Plaintiffs,

    v.

U.S. BANK NATIONAL ASSOCIATION and
SEKISUI AMERCA CORPORATION,

                Defendants.

---------------------------------------------X

Civil Action No.:
12-cv-3560 (SAS)

## STIPULATION TO SET AND EXTEND DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the Plaintiffs Richard Hart and Marie Louise Trudel-Hart and the Defendant U.S. Bank National Association ("U.S. Bank"), that U.S. Bank's time to answer or otherwise respond to the Complaint in this action is extended to and including June 22, 2012. No request for an extension of the time by which U.S. Bank must answer or otherwise respond to the Complaint has been requested previously. A facsimile copy or .pdf of this Stipulation may serve as an original and be executed in counterparts.

Dated: New York, New York
       June 1, 2012

| LAW OFFICES OF ERIC J. GRANNIS | DORSEY & WHITNEY LLP |
|---|---|
| By: *Eric Grannis* | By: *Christopher Karagheuzoff* |
| Eric J. Grannis | Christopher G. Karagheuzoff |
| One Penn Plaza, 36th Floor | 51 West 52nd Street |
| New York, New York 10119 | New York, NY 10019 |
| (212) 903-1025 | (212) 415-9200 |
| Attorneys for Richard Hart and Marie Louise Trudel-Hart | Attorneys for U.S. Bank National Association |

SO ORDERED:

*/s/ Shira A. Scheindlin*

Hon. Shira A. Scheindlin
United States District Judge

6/5/12