

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD HART and MARIE LOUISE TRUDEL-HART
                      Plaintiffs,

        v.

U.S. BANK NATIONAL ASSOCIATION and
SEKISUI AMERICA CORPORATION,

                      Defendants.
------------------------------------------------------------X

Civil Action No.:
12-cv-3560 (SAS)

## STIPULATION TO SET AND EXTEND DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the Plaintiffs Richard Hart and Marie Louise Trudel-Hart and the Defendant U.S. Bank National Association ("U.S. Bank"), that U.S. Bank's time to answer or otherwise respond to the Complaint in this action is extended from June 22, 2012, to and including July 9, 2012. One request for an extension of the time by which U.S. Bank must answer or otherwise respond to the Complaint has been made and granted previously. A facsimile copy or .pdf of this Stipulation may serve as an original and be executed in counterparts.

Dated: New York, New York
        June 21, 2012

**LAW OFFICES OF ERIC J. GRANNIS**

By: _Eric Grannis_
Eric J. Grannis
One Penn Plaza, 36th Floor
New York, New York 10119
(212) 903-1025

Attorneys for Richard Hart and Marie Louise Trudel-Hart

**DORSEY & WHITNEY LLP**

By: _Christopher Karagheuzoff_
Christopher G. Karagheuzoff
51 West 52nd Street
New York, NY 10019
(212) 415-9200

Attorneys for U.S. Bank National Association

SO ORDERED:

_Shira A. Scheindlin_
Hon. Shira A. Scheindlin
United States District Judge

6/21/12