UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and SEKISUI AMERICA CORPORATION,<br><br>           Defendants. | ECF CASE<br><br>Civil Action No. 12-CV-3560 (SAS)<br><br>**RULE 7.1 STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sekisui America Corporation ("SAC") certifies that SAC is a wholly owned subsidiary of Sekisui Chemical Co., Ltd., a publicly held corporation.

Dated:  July 9, 2012            MORRISON & FOERSTER LLP


                                By:  /s/ Karen L. Hagberg
                                     Karen L. Hagberg
                                     Craig B. Whitney

                                     1290 Avenue of the Americas
                                     New York, NY  10104
                                     Telephone: (212) 468-8000
                                     Facsimile:  (212) 468-7900
                                     khagberg@mofo.com
                                     cwhitney@mofo.com

                                     Attorneys for Defendant
                                     *Sekisui America Corporation*

ny-1048989