Scheindlin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>                              Plaintiffs,<br><br>                 v.<br><br>U.S. BANK NATIONAL ASSOCIATION, and SEKISUI AMERICA CORPORATION,<br><br>                              Defendants. | Index No. 12-cv-3560<br><br>**NOTICE OF DISMISSAL OF CLAIMS AGAINST U.S. BANK NATIONAL ASSOCIATION** |

Plaintiffs Richard Hart and Mary Louise Trudel-Hart hereby dismiss all claims against U.S. Bank National Association in the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure without costs or attorneys' fees to any party.

Dated:   New York, New York
         July 6, 2012

LAW OFFICES OF ERIC J. GRANNIS

By: _/s/ Eric Grannis_
Eric J. Grannis
One Penn Plaza, 36th Fl
New York, New York 10119
(212) 903-1025

Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/9/12

SO ORDERED:

_/s/_
U.S.D.J.

7/9/12