UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
RICHARD HART and MARIE LOUISE
TRUDEL-HART,

                Plaintiffs,

     v.

U.S. BANK NATIONAL ASSOCIATION and
SEKISUI AMERICA CORPORATION,

                Defendants.
-----------------------------------------------------------x

Case No. 12-cv-3560 (SAS)

ECF Case

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Craig B. Whitney from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Sekisui America Corporation in this action.

Dated: New York, New York
       July 11, 2012

MORRISON & FOERSTER LLP

By:    /s/ Craig B. Whitney
      Craig B. Whitney

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
CWhitney@mofo.com

*Attorneys for Defendant Sekisui America Corporation*

ny-1049352