UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
SEKISUI AMERICA CORP. and SEKISUI
MEDICAL CO., LTD.,
: **CONSOLIDATION**
Plaintiffs,   **ORDER**
:
- against -   12 Civ. 3479 (SAS)
:
RICHARD HART and MARY LOUISE
TRUDEL-HART,   :

Defendants.   :
------------------------------------X
:
RICHARD HART and MARY LOUISE
TRUDEL-HART,

:
Plaintiff,   12 Civ. 3560 (SAS)
:
- against -
:
SEKISUI AMERICA CORP. and U.S. BANK
NATIONAL ASSOCIATION,   :

Defendants.   :
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      IT IS HEREBY ORDERED that related case number 12 Civ. 3560 (SAS) be consolidated into lead case number 12 Civ. 3479 (SAS) for all purposes and all subsequent filings be filed under that lead case number.  The Clerk of the Court is directed to close case number 12 Civ. 3560 (SAS).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         July 25, 2012

## - Appearances -

**For Plaintiffs:**

Karen L. Hagberg, Esq.
Craig B. Whitney, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 336-4122

**For Defendants:**

Eric J. Grannis, Esq.
Law Offices of Eric J. Grannis
620 Fifth Avenue
New York, NY 10020
(212) 903-1025