UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>        Plaintiffs,<br><br>  v.<br><br>RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>        Defendants. | 12 Civ. 3479 (SAS) |
| RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>        Counterclaim Plaintiffs,<br><br>  v.<br><br>SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>        Counterclaim Defendants. | 12 Civ. 3560 (SAS) |

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

  I have cases pending in this jurisdiction.

  Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:  Jonathan G. Kortmansky.

  My SDNY Bar number is JK5053.  My State Bar number is  2704682.

  I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:  Sullivan & Worcester LLP
          1290 Avenue of the Americas, 29th Floor,
          New York, NY 10104
          Firm Telephone Number:  (212) 660-3000
          Firm Fax Number:  (212) 660-3001

NEW ADDRESS:	Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
Firm Telephone Number:  (212) 660-3000
Firm Fax Number:  (212) 660-3001

    I will continue to be counsel of record for Richard Hart and Mary Louise Trude-Hart in the above-entitled case.

Dated:  New York, New York
       July 30, 2012        By: /s/_____
                      Jonathan G. Kortmansky