Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD HART and MARY LOUISE TRUDEL-HART, <br><br> Defendants. | ECF CASE <br><br> Civil Action No. 12-CV-3479 (SAS) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS** |
| RICHARD HART and MARY LOUISE TRUDEL-HART, <br><br> Plaintiffs, <br><br> v. <br><br> SEKISUI AMERICA CORPORATION and U.S. BANK NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action No. 12-CV-3560 (SAS) |

USDC SDNY
DOCUMENT
ELECTRONIC[...]
DOC #: _____
DATE FILED: 7/31/12

WHEREAS, Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd. filed a Complaint in Civil Action No. 12-CV-3479 (SAS) on May 2, 2012 ("First-Filed Action") against Defendants Richard Hart and Mary Louise Trudel-Hart (collectively, "Harts");

WHEREAS, Harts filed a Complaint in Civil Action No. 12-CV-3560 (SAS) on May 4, 2012 ("Second-Filed Action") against Sekisui America Corporation and U.S. Bank National Association ("U.S. Bank");

ny-1052112

WHEREAS, on or about July 6, 2012, Harts voluntarily dismissed U.S. Bank from the Second-Filed Action;

WHEREAS, on or about July 9, 2012, Sekisui America Corporation filed counterclaims in the Second-Filed Action, asserting substantially similar claims as those asserted in the First-Filed Action;

WHERAS, on July 25, 2012, the Court consolidated the Second-Filed Action into the First-Filed Action, and closed the case in the Second-Filed Action;

WHEREAS, the Court has scheduled an initial pretrial conference in the First-Filed Action for August 20, 2012;

WHEREAS, the parties wish to avoid duplicative pleadings and address efficient case management with the Court at the initial pretrial conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record that:

1. Harts' time to respond to the counterclaims in the Second-Filed Action is extended until and including August 27, 2012; and

2. Harts' deadline to amend their complaint in the Second-Filed Action in light of the dismissal of U.S. Bank is up to and including August 27, 2012.

Date: July 30, 2012                         Respectfully submitted,

MORRISON & FOERSTER LLP                     SULLIVAN & WORCESTER LLP

By: _____                 By: _____
    Karen L. Hagberg                            Frank B. Velie
    Craig B. Whitney                            Jonathan G. Kortmansky

1290 Avenue of the Americas                 1633 Broadway
New York, NY 10104                          New York, New York 10019
Telephone: (212) 468-8000                   Telephone: (212) 660-3000
Facsimile: (212) 468-7900                   Facsimile: (212) 660-3001
khagberg@mofo.com                           fvelie@sandw.com
cwhitney@mofo.com                           jkortmansky@sandw.com

*Attorneys for Sekisui American             *Attorneys for Richard Hart and Mary
Corporation and Sekisui Medical             Louise Trudel-Hart*
Co., Ltd.*

SO ORDERED.

Date: 7/31/12

_____
HONORABLE SHIRA J. SCHEINDLIN
UNITED STATES DISTRCT JUDGE